UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JARED COVINGTON,**<br><br>*Defendant.* | **ORDER**<br><br>25 MJ 3007 |

It is hereby ordered:

That terms of Jared Covington's supervised release be modified to add Mental Health services as a condition of his release to begin immediately.

The modification will be done in coordination with pre-trial services.

SO ORDERED:

_____  9/22/2025
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK